UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.
05 JUL 25 AM 10: 38
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. Natoshia Alston

Docket No. 2:02CR20058-08

**Petition on Probation and Supervised Release**

      **COMES NOW** _Dawn L. Brown_, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Natoshia Alston_, who was placed on supervision by the Honorable _Bernice B. Donald_ sitting in the Court at _Memphis_, TN on the _18th_ day of _November, 2002*_, who fixed the period of supervision at _three (3) years_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall submit to drug testing and treatment as directed by the Probation Office.
2. The defendant shall seek and maintain employment.
3. The defendant shall provide third party risk notification as directed by the Probation Office.
4. The defendant shall pay restitution in the amount of $32,844.48. (Balance $32,844.48).

\*    Term of Supervised Release began: May 18, 2005

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

When originally sentenced, Natoshia Alston was ordered to pay restitution in the amount of $32,844.48. After reviewing Ms. Alston's monthly income and necessary expenses, it was determined that a payment plan requiring ten percent (10%) of her gross monthly income would be appropriate.

**PRAYING THAT THE COURT WILL ORDER** that Natoshia Alston's restitution payments be set at ten percent (10%) of her monthly gross income.

**ORDER OF COURT**

Considered and ordered this _22_ day of _July_, _2005_, and ordered filed and made a part of the records in the above case.

_Bernice B. Donald_
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully,

_Dawn L. Brown_
United States Probation Officer

Place: _Memphis, Tennessee_

Date: _July 14, 2005_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 602 in case 2:02-CR-20058 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT